**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEIDRICK & STRUGGLES, INC., BUSINESS TALENT GROUP, LLC, and DAN RYAN; DOES 1 to 100, inclusive<br><br>　　　　Defendants. | Case No. 2:24-cv-01113-SPG-MRW<br><br>**ORDER GRANTING STIPULATION ALLOWING FOR FILING AND SERVICE OF FIRST AMENDED COMPLAINT FOR DAMAGES**<br>**[ECF NO. 36]** |

　　　　Based upon the Parties' Stipulation Allowing for Filing and Service of First Amended Complaint for Damages, (ECF No. 36), and good cause appearing therefor, the Court hereby GRANTS Plaintiff Jane Doe leave to file and serve a First Amended Complaint for Damages pursuant to Federal Rule of Civil Procedure 15(b), substituting Amelia Tyagi in place of "Jane Doe" and "Doe" where alleged in Jane Doe's Complaint

for Damages, (ECF No. 1-2). Defendants are to answer the First Amended Complaint within 30 calendar days of the issuance of this Order.

**IT IS SO ORDERED.**

Dated: August 28, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE