**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMELIA TYAGI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEIDRICK & STRUGGLES, Inc., BUSINESS TALENT GROUP, LLC, and DAN RYAN; DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01113-SPG-MAA<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL AND ALL RELATED PRE-TRIAL DEADLINES AND HEARINGS**<br>**[ECF NO. 49]** |

　　　　Before the Court is the parties' Joint Stipulation to Continue Trial and All Related Pre-trial Deadlines and Hearings (ECF No. 49 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

　　　　1.　The Jury Trial is scheduled for October 21, 2025, at 8:30 a.m.;

　　　　2.　The Final Pre-Trial Conference is scheduled for October 1, 2025, at 3:00 p.m.;

　　　　3.　The fact discovery cut-off is May 28, 2025;

　　　　4.　The deadline for expert disclosure (initial) is June 11, 2025;

　　　　5.　The deadline for expert disclosure (rebuttal) is June 18, 2025;

　　　　6.　The expert discovery cut-off is July 9, 2025;

7. The last date to hear motions is July 9, 2025;

8. The last date to hear *Daubert* motions is July 30, 2025;

9. The deadline to complete private mediation is August 26, 2025;

10. The deadline for trial filings (first round) is September 3, 2025;

11. The deadline for trial filings (second round) is September 17, 2025; and

12. The currently scheduled trial date and related dates previously set by the Court are VACATED.

**IT IS SO ORDERED.**

Dated: January 13, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE