Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number:   (310) 860-0770
Facsimile Number:    (310) 860-0771

Attorneys for Plaintiff,
AMELIA TYAGI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA TYAGI,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIDRICK & STRUGGLES, INC., BUSINESS TALENT GROUP, LLC, and DAN RYAN; DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 2:24-CV-01113-SPG-MAA<br><br>**The Honorable Sherilyn Peace Garnett**<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Complaint Filed: December 21, 2023 |

NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, that the Parties in the above matter have reached a settlement and are working to memorialize the settlement in a confidential written settlement agreement. PLEASE TAKE FURTHER NOTICE that Plaintiff respectfully requests that this Court vacate all deadlines. The Parties will file a stipulation of dismissal with prejudice consistent with Rule 41 of the Federal Rules of Civil Procedure once Plaintiff confirms receipt of the settlement checks.

Dated: April 29, 2025                    SHEGERIAN & ASSOCIATES, INC.

By: *Carney R. Shegerian*
Carney R Shegerian, Esq.

Attorneys for Plaintiff,
AMELIA TYAGI

-1-
NOTICE OF SETTLEMENT

**TYAGI v. HEIDRICK & STRUGGLES, INC., et al.        CASE NO.: 2:24-CV-01113-SPG-MRW**

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard Los Angeles, California 90049.

On April 29, 2025, I served the foregoing document, described as **"NOTICE OF SETTLEMENT,"** on all interested parties in this action as follows:

Tina Tellado, Esq.
ttellado@polsinelli.com
Sara Begley, Esq.
sbegley@polsinelli.com
Polsinelli
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
docketing@polsinelli.com
Austin Schulz
aschulz@polsinelli.com
Dana Feinstein
dfeinstein@polsinelli.com

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 29, 2025, at Los Angeles, California

*Amelia Sanchez*
Amelia Sanchez

23
24
25
26
27
28