**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMELIA TYAGI, <br><br> Plaintiff, <br><br> v. <br><br> HEIDRICK & STRUGGLES, Inc., BUSINESS TALENT GROUP, LLC, and DAN RYAN; DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:24-cv-01113-SPG-MAA <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF INDIVIDUAL DEFENDANT DAN RYAN** <br> **[ECF NO. 58]** |

Before the Court is the parties' Joint Stipulation Regarding Dismissal of Individual Defendant Dan Ryan (ECF No. 58 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. Individual Defendant Dan Ryan ("Dismissed Individual") is dismissed from this action with prejudice;
2. Defendants shall produce the Dismissed Individual at trial;
3. Should there be an agreement or an order to produce the witness for further deposition for any reason, Defendants shall produce the Dismissed Individual for deposition, subject to argument that there is no basis for another day of deposition;

4. No party will be deemed the prevailing party for the purpose of the stipulation and dismissal;

5. Defendants shall waive fees and costs associated with the dismissal;

6. Defendants will not engage in any efforts to remove, or otherwise change the venue in this matter;

7. The Dismissed Individual may be examined by Plaintiff at trial under Rule 611 of the Federal Rules of Evidence; and

8. Defendants shall not make any reference at trial that the Dismissed Individual was a defendant who was subsequently dismissed.

**IT IS SO ORDERED.**

Dated: May 8, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE