**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMELIA TYAGI,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIDRICK & STRUGGLES, INC., BUSINESS TALENT GROUP, LLC and DAN RYAN; DOES 1 to 100, inclusive.<br><br>    Defendants. | Case No.: 2:24-cv-01113-SPG-MAA<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING OSC RE: DISMISSAL SCHEDULED FOR JUNE 4, 2025 AT 1:30 P.M. [ECF NO. 62]** |

    Before the Court is the parties' Joint Stipulation Regarding OSC Re: Dismissal Scheduled for June 4, 2025 (ECF No. 62 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

    1. The Order to Show Cause Re Dismissal set for June 4, 2025, at 1:30 p.m. is hereby continued to July 9, 2025, at 1:30 p.m.; and

2. If the parties file a dismissal by July 7, 2025, this matter will be taken off calendar and no appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated: May 30, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE